# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IRIC SALDIVAR, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-08-1820 |
| § | |
| TEXAS DEPARTMENT OF, § | |
| ASSISTIVE AND REHABILITATIVE § | |
| SERVICES, a/k/a DARS, f/k/a TEXAS § | |
| REHABILITATION COMMISSION, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with this court's Memorandum and Order filed today, this action is dismissed with prejudice.

SIGNED on October 13, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge